## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Johnnie Nell Simmons                      Case No. 23-51569-KMS
             Robert D Simmons, Debtors                              CHAPTER 13

### NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: August 22, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                                         Jennifer Ann Curry Calvillo (MSBN 104367)
                                                         The Rollins Law Firm, PLLC
                                                         P.O Box 13767
                                                         Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Johnnie Nell Simmons                                    Case No. 23-51569-KMS
        Robert D Simmons, Debtors                                           CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on August 22, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JOHNNIE NELL SIMMONS<br>ROBERT D SIMMONS | CASE NO: 23-51569-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: <br><br> JOHNNIE NELL SIMMONS <br> ROBERT D SIMMONS | CASE NO: 23-51569-KMS <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 13 |

On 8/22/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-51569-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI AUG 22 8-38-0 PST 2025 | (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | ~~(U)ADVANCED RECOVERY SYSTEMS  INC~~ |
| EXCLUDE<br>~~(U)GLOBAL LENDING SERVICES LLC~~ | INTERNAL REVENUE SERVICE<br>100 WEST CAPITOL STREET<br>JACKSON  MS 39269-0100 | INTERNAL REVENUE SERVICE<br>CO US ATTORNEY<br>501 E COURT ST SUITE 4430<br>JACKSON  MS 39201-5025 |
| PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON  DC 20530-0001 | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| EXCLUDE<br>~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ | EXCLUDE<br>~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ | ADVANCED RECOVERY SYSTEMS  INC<br>CO SIMPSON LAW FIRM PA<br>P O BOX 2058<br>MADISON MS 39130-2058 |
| CBHV<br>PO BOX 3495<br>TOLEDO  OH 43607-0495 | CCS COLLECTIONS<br>725 CANTON ST<br>NORWOOD  MA 02062-2679 | CSPIRE WIRELESS<br>PO BOX 159<br>MEADVILLE  MS 39653-0159 |
| CASH IN HAND<br>4600 HARDY ST<br>STE 6<br>HATTIESBURG  MS 39402-1349 | COAST PROFESSIONAL INC<br>214 EXPO CIR 7<br>WEST MONROE  LA 71292-9497 | COMPREHENSIVE RADIOLOG<br>PO BOX 1725<br>HATTIESBURG  MS 39403-1725 |
| COURTNEY  CAMP<br>PO BOX 529<br>JACKSON  MS 39205-0529 | COURTNEY MCCLAIN<br>222 MCSWAIN RD<br>HATTIESBURG  MS 39401-9228 | CREDIT COLL<br>ATTN BANKRUPTCY<br>725 CANTON STREET<br>NORWOOD  MA 02062-2679 |
| DEPARTMENT OF TREASURY  INTERNAL<br>REVENUE SE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | FORREST GENERAL<br>PO BOX 16389<br>HATTIESBURG  MS 39404-6389 | FROSTARNETT CO<br>PO BOX 1280<br>OAKS  PA 19456-1280 |
| (P)GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 | GLOBAL LENDING SVCS<br>ATTN BANKRUPTCY<br>PO BOX 10437<br>GREENVILLE  SC 29603-0437 | HATTIESBURG CLINIC  PA<br>415 S 28TH AVE<br>HATTIESBURG  MS 39401-7283 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HATTIESBURG FINANCE<br>1910 HARDY ST<br>STE 30<br>HATTIESBURG MS 39401-4917 | HATTIESBURG FINANCE COMPANY<br>1910 HARDY ST STE C<br>HATTIESBURG MS 39401-4917 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| JOHN S SIMPSON ESQ<br>SIMPSON LAW FIRM PA<br>FOR ADVANCED RECOVERY SYSTEMS INC<br>PO BOX 2058<br>MADISON MS 39130-2058 | MIDNIGHT VELVET<br>ATTN BANKRUPTCY<br>1112 7TH AVENUE<br>MONROE WI 53566-1364 | ONEMAIN FINANCIAL GROUP LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (P)HOLLIS COBB<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 279<br>NORCROSS GA 30091-0279 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER UT 84020-2315 |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | SMALL BUSINESS ADMI<br>500 POYDRAS ST<br>STE 828<br>NEW ORLEANS LA 70130-3374 |
| SMALL BUSINESS ADMI<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | SMALL BUSINESS ADMIN<br>PO BOX 740192<br>ATLANTA GA 30374-0192 | STATES RECOVERY SYSTEM<br>2491 SUNRISE BLVD<br>RANCHO CORDOVA CA 95670-4344 |
| US DEPT TREASURY<br>ATTN BANKRUPTCY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220-0001 | US SMALL BUSINESS ADMINISTRATION<br>2 NORTH 20TH STREET SUITE 320<br>BIRMINGHAM AL 35203-4002 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 |
| US DEPT OF TREASURY<br>PO BOX 830794<br>BIRMINGHAM AL 35283-0794 | US DEPT OF TREASURY<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | DEBTOR<br>JOHNNIE NELL SIMMONS<br>222 MCSWAIN RD<br>HATTIESBURG MS 39401-9228 | ROBERT D SIMMONS<br>222 MCSWAIN RD<br>HATTIESBURG MS 39401-9228 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | | |