**OFFICE OF THE STANDING TRUSTEE**
**IN PROCEEDINGS UNDER CHAPTER 13 OF THE**
**UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  October 06, 2025

JOHNNIE NELL SIMMONS
ROBERT D SIMMONS
222 McSWAIN RD
HATTIESBURG, MS  39401

Case No.  23-51569 KMS

RE:     NEW PLAN PAYMENT:  $2,132.17
        REASON:  ORDER TO SUSPEND PAST DUE PAYMENTS AND RESUME OCTOBER 2025

Dear Debtors:

   Your Chapter 13 Plan payment has been changed to the above stated sum.

   If you are paying direct, then your monthly Plan payment will have to be the above sum in order for your Plan payment to pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order is being sent to your employer and the additional sum necessary to increase your Plan payment to the above sum will be withheld from your wages. Please advise the Trustee if you have a new employer so a Wage Order can be issued.

   A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTORS:

   THOMAS C. ROLLINS, JR
   P O Box 13767
   Jackson, MS  39236