_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 14, 2025**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 PROCEEDING |
|   JOHNNIE NELL SIMMONS | 23-51569 KMS |
|   ROBERT D SIMMONS | |
|   222 McSWAIN RD | SSN:  XXX-XX-1491 |
|   HATTIESBURG, MS  39401 | |

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    SOUTH CENTRAL REGIONAL MEDICAL CTR
    ATTN:  HUMAN RESOURCES
    240 S 13th AVENUE
    LAUREL, MS  39440

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net