**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Johnnie Nell Simmons**                          **Case No. 23-51569-KMS**
         **Robert D Simmons, Debtors**                                **CHAPTER 13**

### ORDER ON MOTION TO ALLOW PAYMENT ARREARAGE

THIS CAUSE having come on this date on the debtors' motion to allow payment

arrearage (DK #____), the Court having reviewed and considered the facts herein, and there being

no objection from the trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Allow Payment Arrearage is

granted.  Debtors' past due Chapter 13 plan payments and any ongoing mortgage payments that

are being paid through the plan shall be amortized over the life of the plan and that the Trustee

shall increase Debtors' Plan payment as necessary to offset for the lost plan payment with

payments to resume in August 2026. The Trustee is authorized to increase the Wage Order

accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533