**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Johnnie Nell Simmons                          Case No. 23-51569-KMS
               Robert D Simmons, Debtors                          CHAPTER 13

## NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: May 26, 2026               Signature:   /s/ Thomas C. Rollins, Jr.
                                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                                           The Rollins Law Firm, PLLC
                                                           P.O Box 13767
                                                           Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Johnnie Nell Simmons                         Case No. 23-51569-KMS
         Robert D Simmons, Debtors                    CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their

past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1.  Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.  Debtors fell behind on the plan payments.

3.  Debtors are requesting this Honorable Court to amortize the past due plan payments over

    the life of the plan, including any ongoing mortgage payments being paid through the

    plan.

4.  Debtors are requesting that their Chapter 13 plan payments be increased as necessary to

    compensate for the lost plan payments with ongoing payments to resume in August 2026.

    WHEREFORE, Debtors pray for an Order granting the above requested relief and any

additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on May 26, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

  JOHNNIE NELL SIMMONS
  ROBERT D SIMMONS

CASE NO: 23-51569-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

---

On 5/26/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOHNNIE NELL SIMMONS
ROBERT D SIMMONS

CASE NO: 23-51569-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/26/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/26/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-51569-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
TUE MAY 26 10-40-0 PST 2026

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

EXCLUDE

(U)ADVANCED RECOVERY SYSTEMS  INC

EXCLUDE

(U)GLOBAL LENDING SERVICES LLC

INTERNAL REVENUE SERVICE
100 WEST CAPITOL STREET
JACKSON  MS 39269-0100

INTERNAL REVENUE SERVICE
CO US ATTORNEY
501 E COURT ST SUITE 4430
JACKSON MS 39201-5025

PRA  RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK  VA 23541-1067

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON  DC 20530-0001

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

EXCLUDE

(D)(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

EXCLUDE

(D)(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

ADVANCED RECOVERY SYSTEMS  INC
CO SIMPSON LAW FIRM PA
P O BOX 2058
MADISON MS 39130-2058

CBHV
PO BOX 3495
TOLEDO  OH 43607-0495

CCS COLLECTIONS
725 CANTON ST
NORWOOD  MA 02062-2679

CSPIRE WIRELESS
PO BOX 159
MEADVILLE  MS 39653-0159

CASH IN HAND
4600 HARDY ST
STE 6
HATTIESBURG  MS 39402-1349

COAST PROFESSIONAL INC
214 EXPO CIR 7
WEST MONROE  LA 71292-9497

COMPREHENSIVE RADIOLOG
PO BOX 1725
HATTIESBURG  MS 39403-1725

COURTNEY  CAMP
PO BOX 529
JACKSON  MS 39205-0529

COURTNEY MCCLAIN
222 MCSWAIN RD
HATTIESBURG  MS 39401-9228

CREDIT COLL
ATTN BANKRUPTCY
725 CANTON STREET
NORWOOD  MA 02062-2679

DEPARTMENT OF TREASURY  INTERNAL REVENUE SE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

FORREST GENERAL
PO BOX 16389
HATTIESBURG  MS 39404-6389

FROSTARNETT CO
PO BOX 1280
OAKS  PA 19456-1280

(P)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

GLOBAL LENDING SVCS
ATTN BANKRUPTCY
PO BOX 10437
GREENVILLE  SC 29603-0437

HATTIESBURG CLINIC  PA
415 S 28TH AVE
HATTIESBURG  MS 39401-7283

| | | |
|---|---|---|
| HATTIESBURG FINANCE<br>1910 HARDY ST<br>STE 30<br>HATTIESBURG MS 39401-4917 | HATTIESBURG FINANCE COMPANY<br>1910 HARDY ST STE  C<br>HATTIESBURG  MS 39401-4917 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| JOHN S SIMPSON  ESQ<br>SIMPSON LAW FIRM PA<br>FOR ADVANCED RECOVERY SYSTEMS  INC<br>PO BOX 2058<br>MADISON  MS 39130-2058 | MIDNIGHT VELVET<br>ATTN BANKRUPTCY<br>1112 7TH AVENUE<br>MONROE  WI 53566-1364 | ONEMAIN FINANCIAL GROUP  LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 |
| PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES  LLC<br>PO BOX 41067<br>NORFOLK  VA 23541-1067 | (P)HOLLIS COBB<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 279<br>NORCROSS GA 30091-0279 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER  UT 84020-2315 |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~EXCLUDE~~<br><br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | SMALL BUSINESS ADMI<br>500 POYDRAS ST<br>STE 828<br>NEW ORLEANS  LA 70130-3374 |
| SMALL BUSINESS ADMI<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | SMALL BUSINESS ADMIN<br>PO BOX 740192<br>ATLANTA  GA 30374-0192 | STATES RECOVERY SYSTEM<br>2491 SUNRISE BLVD<br>RANCHO CORDOVA  CA 95670-4344 |
| US DEPT TREASURY<br>ATTN BANKRUPTCY<br>1500 PENNSYLVANIA AVE<br>NW<br>WASHINGTON  DC 20220-0001 | US SMALL BUSINESS ADMINISTRATION<br>2 NORTH 20TH STREET  SUITE 320<br>BIRMINGHAM  AL 35203-4002 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |
| US DEPT OF TREASURY<br>PO BOX 830794<br>BIRMINGHAM  AL 35283-0794 | US DEPT OF TREASURY<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | ~~EXCLUDE~~<br><br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| ~~EXCLUDE~~<br><br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | DEBTOR<br><br>JOHNNIE NELL SIMMONS<br>222 MCSWAIN RD<br>HATTIESBURG  MS 39401-9228 | ROBERT D SIMMONS<br>222 MCSWAIN RD<br>HATTIESBURG  MS 39401-9228 |
| ~~EXCLUDE~~<br><br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | | |