_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 6, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 PROCEEDING:
  JOHNNIE NELL SIMMONS                            23-51569 KMS
  ROBERT D SIMMONS
  222 McSWAIN RD                                          SSN:  XXX-XX-6062
  HATTIESBURG, MS  39401

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  LAMAR COUNTY
  ATTN: PAYROLL DEPT
  PO BOX 1240
  PURVIS, MS 39475

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net