United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 23-51569-KMS

Johnnie Nell Simmons                                                      Chapter 13

Robert D Simmons

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                          Page 1 of 2

Date Rcvd: Jul 06, 2026                 Form ID: pdf012                       Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

**Recip ID                    Recipient Name and Address**

db/jdb                  +   Johnnie Nell Simmons, Robert D Simmons, 222 McSwain Rd, Hattiesburg, MS 39401-9228

                        +   Lamar County, Attn Payroll Dept, P O Box 1240, Purvis, MS 39475-1240

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

**Name                        Email Address**

Charles F. F. Barbour
                            on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com

David Rawlings
                            ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
                            on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

John S. Simpson
                            on behalf of Creditor Advanced Recovery Systems Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr
                            on behalf of Joint Debtor Robert D Simmons trollins@therollinsfirm.com
                            jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-6                     User: mssbad                              Page 2 of 2
Date Rcvd: Jul 06, 2026                  Form ID: pdf012                           Total Noticed: 2

                              nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

                              on behalf of Debtor Johnnie Nell Simmons trollins@therollinsfirm.com
                              jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                              nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                              USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

_____

**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 PROCEEDING:
  JOHNNIE NELL SIMMONS                          23-51569 KMS
  ROBERT D SIMMONS
  222 McSWAIN RD                                         SSN:  XXX-XX-6062
  HATTIESBURG, MS  39401

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  LAMAR COUNTY
  ATTN: PAYROLL DEPT
  PO BOX 1240
  PURVIS, MS  39475

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net